*Ryals, Grace & Anderson,* contra.

---

G. & L. BOTTLING WORKS *v.* MACON COCA COLA BOTTLING CO.

ATKINSON, J.   None of the grounds of the motion for new trial are sufficient to require a new trial.

> *Judgment affirmed.   All the Justices concur.*
> SEPTEMBER 22, 1910.

Trover.   Before Judge Felton.   Bibb superior court.   August 10, 1909.

*John P. Ross,* for plaintiff in error.   *Miller & Jones,* contra.